

# Fourth Court of Appeals
## San Antonio, Texas

June 22, 2016

No. 04-16-00002-CV

**IN THE INTEREST OF J.C.W.,**

From the 73rd Judicial District Court, Bexar County, Texas
Trial Court No. 2015EM504960
Honorable Nick Catoe Jr., Judge Presiding

# O R D E R

Sitting:      Sandee Bryan Marion, Chief Justice
              Karen Angelini, Justice
              Marialyn Barnard, Justice

On June 13, 2016, appellant, who is acting *pro se* in this appeal, filed a Motion for Random Drug & Alcohol, Urinalysis/Swab Testing and or Hair Follicle Testing. The motion is DENIED.

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 22nd day of June, 2016.

_Keith E. Hottle_
Keith E. Hottle
Clerk of Court